UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARL ALEXANDER HARRIS,<br><br>Defendant. | CASE NO. CR04-128-MJP<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 3, 2007. The United States was represented by Tate London. The defendant was represented by Barry Flegenheimer.

## CONVICTION AND SENTENCE

Defendant had been convicted of Uttering and Possession of Counterfeit Securities on or about October 29, 2007. The Honorable Marsha J. Pechman of this Court sentenced Defendant to 233 days of confinement, followed by three years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

U.S. Probation Officer Jennifer Tien alleged that Defendant violated the conditions of supervised release in the following respects:

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

(1) Failing to notify probation officer of change in residence and/or employment ten days prior to any change, on or before July 20, 2007, in violation of standard condition number six.

(2) Failing to report for urinalysis testing as instructed via the drug code-a-phone on August 1, 2007, in violation of the special condition of drug aftercare.

(3) Using marijuana and alcohol on or before August 2, 2007, in violation of standard condition number seven.

(4) Associating with a know felon without permission of the probation officer, on or about August 2, 2007, in violation of standard condition number eleven.

I advised the defendant of these charges and of his constitutional rights. Defendant admitted violations 1, 2, and 3, waived any hearing as to whether they occurred, and the Government has agreed to dismiss violation number 4.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been released on continued supervision pending a final determination by the Court.

DATED this 4th day of October, 2007.

MONICA J. BENTON
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-

cc: Sentencing Judge         : Hon. Marsha J. Pechman
    Assistant U.S. Attorney  : Tate London
    Defense Attorney         : Barry Flegenheimer
    U. S. Probation Officer  : Jennifer Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3-